# Earnings Statement



*ANDREW RESIDENCE MANAGEMENT, INC*
*1215 SOUTH 9TH STREET*
*MINNEAPOLIS,   MN 55404*

| | |
|---|---|
| Period Beginning: | 10/24/2024 |
| Period Ending: | 11/06/2024 |
| Pay Date: | 11/15/2024 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Optional Higher Withholding  Table

**TREY  R SHARPE**
**1814  11TH  AVENUE  SOUTH**
**#2**
**MINNEAPOLIS  MN  55404**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 76.25 | 2,135.00 | 46,101.25 |
| Overtime | 42.0000 | .50 | 21.00 | 556.14 |
| Vacation | 28.0000 | 3.75 | 105.00 | 315.00 |
| Allpurpose Cur | | | | 2,009.75 |
| Gift Card | | | | 100.00 |
| Holiday | | | | 1,072.00 |
| **Gross Pay** | | | **$2,261.00** | 50,370.14 |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Ap Bank | 8.00 | |
| Ap Current | 16.00 | |
| Float Hol-2 | 8.00 | |
| Max Elig/Comp | 2,261.00 | 50,370.14 |
| Vacation | 25.00 | |
| Totl Hrs Worked | 76.75 | |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -323.08 | 7,074.39 |
| Social Security Tax | -135.27 | 3,009.94 |
| Medicare Tax | -31.64 | 703.94 |
| MN State Income Tax | -105.77 | 2,321.56 |

**Other**

| | | |
|---|---|---|
| Medical | -75.69* | 1,740.87 |
| Roth$ | -113.05 | 1,340.41 |
| Vision | -3.56* | 81.88 |
| **Net Pay** | **$1,472.94** | |
| Checking 2 | -1,472.94 | |
| **Net Check** | **$0.00** | |

## Important Notes
COMPANY  PH# : 612-333-0111

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable  Marital  Status:
  MN:          Single
Exemptions/Allowances:
  MN:          1

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,181.75

© 2000 ADP, Inc.

ANDREW RESIDENCE MANAGEMENT, INC
1215 SOUTH 9TH STREET
MINNEAPOLIS, MN 55404

| | |
|---|---|
| **Advice number:** | **00000450014** |
| Pay date: | 11/15/2024 |



| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| **TREY  R SHARPE** | xxxxxxxx0659 | xxxx  xxxx | $1,472.94 |

## NON-NEGOTIABLE

ZQJ 031710 001000 0000440017

# Earnings Statement



*ANDREW RESIDENCE MANAGEMENT, INC*
*1215 SOUTH 9TH STREET*
*MINNEAPOLIS, MN 55404*

| | |
|---|---|
| Period Beginning: | 10/10/2024 |
| Period Ending: | 10/23/2024 |
| Pay Date: | 11/01/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Optional Higher Withholding Table

**TREY R SHARPE**
**1814 11TH AVENUE SOUTH**
**#2**
**MINNEAPOLIS MN 55404**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 79.25 | 2,219.00 | 43,966.25 |
| Overtime | | | | 535.14 |
| Allpurpose Cur | | | | 2,009.75 |
| Gift Card | | | | 100.00 |
| Holiday | | | | 1,072.00 |
| Vacation | | | | 210.00 |
| **Gross Pay** | | | **$2,219.00** | 48,109.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -313.84 | 6,751.31 |
| | Social Security Tax | -132.66 | 2,874.67 |
| | Medicare Tax | -31.02 | 672.30 |
| | MN State Income Tax | -102.91 | 2,215.79 |
| | **Other** | | |
| | Medical | -75.69* | 1,665.18 |
| | Roth$ | -110.95 | 1,227.36 |
| | Vision | -3.56* | 78.32 |
| | **Net Pay** | **$1,448.37** | |
| | Checking 2 | -1,448.37 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ap Bank | 8.00 | |
| Ap Current | 8.00 | |
| Float Hol-2 | 8.00 | |
| Max Elig/Comp | 2,219.00 | 48,109.14 |
| Vacation | 28.75 | |
| Totl Hrs Worked | 79.25 | |

### Important Notes
COMPANY PH# : 612-333-0111

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  MN:           Single
Exemptions/Allowances:
  MN:           1

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,139.75

© 2000 ADP, Inc.

ANDREW RESIDENCE MANAGEMENT, INC
1215 SOUTH 9TH STREET
MINNEAPOLIS, MN 55404

| | |
|---|---|
| **Advice number:** | **00000440017** |
| Pay date: | 11/01/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **TREY R SHARPE** | xxxxxxxx0659 | xxxx xxxx | $1,448.37 |

## NON-NEGOTIABLE

# Earnings Statement

*ANDREW RESIDENCE MANAGEMENT, INC*
*1215 SOUTH 9TH STREET*
*MINNEAPOLIS, MN 55404*

| | |
|---|---|
| Period Beginning: | 11/21/2024 |
| Period Ending: | 12/04/2024 |
| Pay Date: | 12/13/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

**TREY R SHARPE**
**1814 11TH AVENUE SOUTH**
**#2**
**MINNEAPOLIS MN 55404**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 62.25 | 1,743.00 | 49,545.25 |
| Overtime | 42.0000 | 2.25 | 94.50 | 650.64 |
| Holiday | 28.0000 | 8.00 | 224.00 | 1,296.00 |
| Vacation | 28.0000 | 9.75 | 273.00 | 903.00 |
| Allpurpose Cur | | | | 2,009.75 |
| Gift Card | | | | 100.00 |
| Other Earnings | | | | 1,708.74 |
| **Gross Pay** | | | **$2,334.50** | 56,653.38 |

Your federal taxable wages this period are
$2,255.25

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ap Bank | 8.00 | |
| Ap Current | 24.00 | |
| Max Elig/Comp | 2,334.50 | 56,653.38 |
| Vacation | 4.00 | |
| Totl Hrs Worked | 64.50 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -340.07 | 8,108.84 |
| | Social Security Tax | -139.82 | 3,389.67 |
| | Medicare Tax | -32.71 | 792.75 |
| | MN State Income Tax | -110.76 | 2,643.46 |
| | **Other** | | |
| | Medical | -75.69* | 1,892.25 |
| | Roth$ | -116.73 | 1,654.58 |
| | Vision | -3.56* | 89.00 |
| | **Net Pay** | **$1,515.16** | |
| | Checking 2 | -1,515.16 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH# : 612-333-0111

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MN: Single
Exemptions/Allowances:
  MN: 1

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

ANDREW RESIDENCE MANAGEMENT, INC
1215 SOUTH 9TH STREET
MINNEAPOLIS, MN 55404

| | |
|---|---|
| **Advice number:** | **00000500016** |
| Pay date: | 12/13/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **TREY R SHARPE** | xxxxxxxx0659 | xxxx xxxx | $1,515.16 |

# NON-NEGOTIABLE

ZQJ   031710   001000                 000004700024

# Earnings Statement

| | |
|---|---|
| *ANDREW RESIDENCE MANAGEMENT, INC* | Period Beginning: 11/07/2024 |
| *1215 SOUTH 9TH STREET* | Period Ending: 11/20/2024 |
| *MINNEAPOLIS, MN 55404* | Pay Date: 11/29/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**TREY R SHARPE**
**1814 11TH AVENUE SOUTH**
**#2**
**MINNEAPOLIS MN 55404**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 60.75 | 1,701.00 | 47,802.25 |
| Fl Hol Jul-Dec | 28.0000 | 8.00 | 224.00 | |
| Vacation | 28.0000 | 11.25 | 315.00 | 630.00 |
| Overtime | | | | 556.14 |
| Allpurpose Cur | | | | 2,009.75 |
| Gift Card | | | | 100.00 |
| Holiday | | | | 1,072.00 |
| **Gross Pay** | | | **$2,240.00** | 52,610.14 |

Your federal taxable wages this period are $2,160.75

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ap Bank | 8.00 | |
| Ap Current | 16.00 | |
| Max Elig/Comp | 2,240.00 | 52,610.14 |
| Vacation | 13.75 | |
| Totl Hrs Worked | 60.75 | |

## Deductions

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -318.46 | 7,392.85 |
| | Social Security Tax | -133.96 | 3,143.90 |
| | Medicare Tax | -31.33 | 735.27 |
| | MN State Income Tax | -104.34 | 2,425.90 |
| | **Other** | | |
| | Medical | -75.69* | 1,816.56 |
| | Roth$ | -112.00 | 1,452.41 |
| | Vision | -3.56* | 85.44 |
| | **Net Pay** | **$1,460.66** | |
| | Checking 2 | -1,460.66 | |
| | **Net Check** | **$0.00** | |

### Important Notes
COMPANY PH# : 612-333-0111

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
MN:        Single
Exemptions/Allowances:
MN:        1

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

---

ANDREW RESIDENCE MANAGEMENT, INC
1215 SOUTH 9TH STREET
MINNEAPOLIS, MN 55404

Advice number:        00000470024
Pay date:        11/29/2024

**Deposited to the account of**

TREY R SHARPE

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx0659 | xxxx xxxx | $1,460.66 |


THIS IS NOT A CHECK

# NON-NEGOTIABLE